

8/19/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES LAMBETH,            )
                                 )
        Plaintiff,          )
                                 )
      v.                  )     Civil Action No.  20-2160 (UNA)
                                 )
DONALD J. TRUMP *et al.*,     )
                                 )
        Defendant.    )

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is

**GRANTED**, and this case is **DISMISSED** without prejudice.

This is a final appealable order.

                      _____s/_____
                      COLLEEN KOLLAR-KOTELLY
                      United States District Judge

Date:  August 19, 2020